# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUSSELL HOFF, Individually and on Behalf of All Others Similarly Situated, | CIVIL NO. 09-01428 (GAG) |
| Plaintiff, vs. | CLASS ACTION |
| POPULAR INC., et al., | COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS |
| Defendants | |

## NOTICE OF APPEAL

Notice is hereby given that, the Plaintiff Class Members and Objectors Maria Del Carmen Garriga, Alfredo Carl Meltz-Narvaez, Francisco Lopez-Dosal and Jose Alonso, and the rejected Opt Out claimants Emilia Vazquez-Stefani, Angel Lopez-Sanchez, Edwin Figueroa-Branue, Maria D. Luque-Villafane, Jesus M. Zayas, Suc. M. Romero-Sanchez & Juan Jose Garcia-Rodriguez, Miguel Cancio, Juan Cancio, Beningno E. Gonzales, Carmen Muñoz-Borrero, Haydee Lopez-Dupry and Lombardo Perez, in the named case *of Russell Hoff, Individually and on Behalf of All Others Similarly Situated v. Popular Inc., et al., Civil No. 09-01428 (GAG)*, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on November 2, 2011.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 29th day of November, 2011.

**I HEREBY CERTIFY** that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Eric M. Quetglas-Jordan

USDC-PR #202514
Email: Eric@QuetglasLaw.com;
QuetglasLaw@gmail.com

/s/José F. Quetglas-Jordán
USDC-PR #203411
Email: JFQuetglas@gmail.com

**QUETGLAS LAW OFFICES**
P.O. Box 16606
San Juan, PR 00908-6606
Tel: (787) 722-0635/722-7745
Fax: (787) 725-3970
Web: www.quetglaslaw.com

Kirk Wood
ekirkwood1@cs.com
**WOOD LAW FIRM, LLC**
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
Tel: (205) 612-0243